IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00222-REB-CBS

MARGARET R. PULS,
    Plaintiff,
v.

BOULDER COUNTY HOUSING AUTHORITY, a subdepartment of Boulder County Department of Housing and Human Services,
BOULDER COUNTY HOUSING DIVISION, a division of Boulder County Housing Authority, and
BOARD OF COUNTY COMMISSIONERS, COUNTY OF BOULDER,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Ms. Puls' "Motion for Stay of Proceedings Pending Appeal of Order Denying Plaintiff's Second Motion for Appointment of Counsel" (filed May 6, 2009) (doc. # 29). Pursuant to the Order of Reference dated March 12, 2009 (doc. # 11) and the memorandum dated May 18, 2009 (doc. # 35), this matter was referred to the Magistrate Judge.

    On May 6, 2009, Ms. Puls filed a Notice of Appeal in the Tenth Circuit Court of Appeals, appealing the "Order denying Plaintiff's Second Motion for Appointment of Counsel." (*See* doc. # 28). The Tenth Circuit has noted "[i]t appears this court lacks jurisdiction at this time over an appeal of that order . . . ." (*See* doc. # 34). The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    Ms. Puls' "Motion for Stay of Proceedings Pending Appeal of Order Denying Plaintiff's Second Motion for Appointment of Counsel" (filed May 6, 2009) (doc. # 29) is GRANTED IN PART AND DENIED IN PART.

    2.    Ms. Puls' request for a stay of all proceedings in this action is DENIED.

3.      The Scheduling and Planning Conference set on Thursday June 11, 2009 at 10:00 a.m. is CONVERTED to a status conference. The parties are relieved of the deadlines and requirements set forth in the court's March 24, 2009 Order (doc. # 16).

4.      Ms. Puls' response to Defendants' Motion to Dismiss (doc. # 19) was due on or before May 12, 2009. That deadline is hereby vacated. At the status conference set on June 11, 2009, the court will set a new deadline for Ms. Puls to file her response to Defendants' Motion to Dismiss.

DATED at Denver, Colorado, this 26th day of May, 2009.

BY THE COURT:

  s/Craig B. Shaffer  
United States Magistrate Judge