# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  09-cv-00222-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date:   June 11, 2009** | **Courtroom Deputy:**  Linda Kahoe |

MARGARET R. PULS,                                                      *Pro se*

     Plaintiff,

     v.

BOULDER COUNTY HOUSING AUTHORITY,            Pat A. Mayne
*et al.*,

     Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS CONFERENCE**
**Court in session:        10:04 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding the status of Plaintiff's request for appointment of counsel.  Ms. Puls states she cannot go forward with the case without the assistance of counsel.

For the reasons as stated on the record, it is:

ORDERED:   Plaintiff's Motion to Reconsider Order Denying Second Motion of Appointment of Counsel (doc #38, filed 6/8/2009) is DENIED.

ORDERED:   Plaintiff shall file a Response to Defendants' Motion to Dismiss Inappropriate Parties and Motion to Dismiss Claims Pursuant to Fed.R.Civ.P.12(b)(1), 8(a)(2), and 12(b)(6), (doc #19, filed 4/7/2009) on or before July 10, 2009.

Discussion regarding filing a Stipulated Motion to Dismiss Without Prejudice.  Mr. Mayne states he would stipulate to the motion.

HEARING CONCLUDED.

**Court in recess:        10:31 a.m.**
Total time in court:     00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.