IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00222-REB-CBS

MARGARET R. PULS,
    Plaintiff,
v.

BOULDER COUNTY HOUSING AUTHORITY, a subdepartment of Boulder County Department of Housing and Human Services,
BOULDER COUNTY HOUSING DIVISION, a division of Boulder County Housing Authority, and
BOARD OF COUNTY COMMISSIONERS, COUNTY OF BOULDER,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Ms. Puls' "Motion to Reconsider Order to Respond to Defendants' Motions to Dismiss Inappropriate Parties and Claims by July 10, 2009" (filed July 9, 2009) (doc. # 43). Pursuant to the Order of Reference dated March 12, 2009 (doc. # 11) and the memorandum dated July 10, 2009 (doc. # 44), this matter was referred to the Magistrate Judge.

    On June 11, 2009, the court directed Ms. Puls to respond to Defendants' Motion to Dismiss (doc. # 19) on or before July 10, 2009. (*See* Courtroom Minutes/Minute Order (doc. # 40)). On July 7, 2009, Ms. Puls filed a "Stipulated Motion to Dismiss Without Prejudice." (*See* doc. # 41). Also on July 7, 2009, Judge Blackburn directed Defendants to file a response to Ms. Puls' Motion by July 27, 2009. Ms. Puls appears to seek additional time to respond to Defendants' Motion to Dismiss (doc. # 19). The court having reviewed this matter, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Ms. Puls' "Motion to Reconsider Order to Respond to Defendants' Motions to Dismiss Inappropriate Parties and Claims by July 10, 2009" (filed

July 9, 2009) (doc. # 43) is GRANTED to the extent that it is treated as a request for additional time to respond to Defendants' Motion to Dismiss. Ms. Puls shall file any response she has to Defendants' Motion to Dismiss (doc. # 19) **on or before August 10, 2009**.

DATED at Denver, Colorado, this 10th day of July, 2009.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge