**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-00222-REB-CBS

MARGARET R. PULS,

     Plaintiff,

v.

BOULDER COUNTY HOUSING AUTHORITY, a subdepartment of Boulder County
     Department of Housing and Human Services,
BOULDER COUNTY HOUSING DIVISION, a division of Boulder County Housing
     Authority, and
BOARD OF COMMISSIONERS, County of Boulder

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Stipulated Motion To Dismiss Without Prejudice** [#41] filed July 7, 2009.  On review of the stipulation, the defendants had not signed the pleading.  The court directed the defendants to file a response to the stipulated motion on or before July 27, 2009.  On July 24, 2009, the **Defendants' Response To Stipulated Motion To Dismiss Without Prejudice** [#47] was filed.  There being no objection by the defendants to the plaintiff's stipulated motion to dismiss this case without prejudice, I conclude that the motion should be granted.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That plaintiff's **Stipulated Motion To Dismiss Without Prejudice** [#41] filed July 7, 2009, is **GRANTED**;

2. That this action is **DISMISSED WITHOUT PREJUDICE**; and

3. That any pending motion is **DENIED** as moot.

Dated July 27, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge